# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICHOLE JAMES and HEMENE JAMES, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>KOOTENAI COUNTY, a political subdivision of the State of Idaho, and WARREN KEENE, in his individual and official capacity as KOOTENAI COUNTY CORONER,<br><br>Defendants. | Case No. 2:19-cv-00460-BLW<br><br>**JUDGMENT OF DISMISSAL** |

In accordance with the Order on the Stipulation of Dismissal filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered and that this case be DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorney's fees.

DATED: November 15, 2023

B. Lynn Winmill
U.S. District Court Judge

**JUDGMENT - 1**